UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JOSHUA LYNN ELLIS,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **STATE OF TENNESSEE,** | CASE NO: 17-1107-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing § 2254 Petition Without Prejudice, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on August 24, 2017, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/24/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk